## PYLE, Appellant, v. CARVER, Respondent.

(Common Pleas of New York City and County, General Term. October 25, 1893.)

Appeal from first district court.
Action by James Pyle against Mary Carver.
J. Cochrane, for appellant.
J. Callahan, for respondent.
No opinion. Judgment reversed, with costs.

---

## SEAMAN, Respondent, v. SNIDER PRESERVE CO., Appellant.

(Common Pleas of New York City and County, General Term. October 25, 1893.)

Appeal from first district court.
Action by Angie Seaman against the T. A. Snider Preserve Company.
Epstein Bros., for appellant.
R. G. Whipple, for respondent.
No opinion. Judgment affirmed, with costs.

---

## STRAUB, Appellant, v. COMMERCIAL CREDIT CO., Respondent.

(Common Pleas of New York City and County, General Term. October 25, 1893.)

Appeal from eighth district court.
Action by Annie Straub against the Commercial Credit Company.
F. H. Gray, for appellant.
D. C. Myers, for respondent.
No opinion. Judgment affirmed, with costs.

---

## POLLATSCHECK, Appellant, v. GRIEFF, Respondent.

(Common Pleas of New York City and County, General Term. October 26, 1893.)

Appeal from sixth district court.
Action by Morris Pollatscheck against Raphael Grieff.
No opinion. Judgment affirmed, with costs.